AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America )
v. )
Craig Major )

Case No: 7:22-CR-478 (CS)
USM No: 84702-054

Date of Original Judgment: 02/10/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Benjamin Gold
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of    51 months    months **is reduced to**    46 months    .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant's original Sentencing Guidelines range was 57-71 months.  Without the status points, his range is 46-57 months.  Under U.S.S.G.
1B1.10(b)(2)(A), a sentenced reduced under 3582(c) cannot be less than the minimum of the amended range.  Accordingly, the sentence is
reduced to 46 months, to run consecutively to the 12-month sentence imposed in 13-CR-847 for violation of supervised release.

Except as otherwise provided, all provisions of the judgment dated    02/10/2023    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    02/03/2025

*Cathy Seibel*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Cathy Seibel, U.S.D.J.
*Printed name and title*